# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-10007 |
| -vs- | JUDGE DRELL |
| JAMES ELLIS ASHFORD | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant's motion to proceed pro se, without standby counsel, is GRANTED and Mr. Robert Marin is relieved of his duties as court appointed counsel for James Ellis Ashford.

SIGNED on this 12th day of April 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge